IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES DAVIS                                                                                           PLAINTIFF

v.                                      Case No. 4:24-cv-4003

BELT CONSTRUCTION, INC.                                                                   DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal filed by Plaintiff. ECF No. 12. Plaintiff states that he "does not intend to pursue his claim against [Defendant] and hereby requests dismissal with prejudice of all claims asserted, or that could have been asserted, against [Defendant]." ECF No. 12.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the stipulation is signed only by Plaintiff. Thus, the Court cannot dismiss this case under Rule 41(a)(1)(A)(ii). The Court will, however, construe the stipulation as a motion to dismiss filed under Fed. R. Civ. P. 41(a)(2). Accordingly, the Court finds that Plaintiff's motion to dismiss (ECF No. 12) should be and hereby is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of August, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge